

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2014

No. 04-14-00406-CV

**IN RE** Gerardo **GONZALEZ** and Claudia Gonzalez

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                Sandee Bryan Marion, Justice
                Rebeca C. Martinez, Justice

On June 6, 2014, shortly after this court issued an order dismissing relators' petition for writ of prohibition and writ of mandamus for lack of jurisdiction, relators filed a separate motion requesting emergency relief. This court has determined that we do not have jurisdiction over this request. Accordingly, relators' request for emergency relief is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on June 9th, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court



---

[1] This proceeding arises out of Cause No. 2014CVZ000391D3, styled *Gerardo Gonzalez and Claudia Gonzalez v. Ray Garner, in his official capacity and Firefighters and Police Officers' Civil Service Commission of the City of Laredo, Texas*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Beckie Palomo presiding.